UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Betschart, Travis Sean | Docket No. | 0980 2:17CR00186-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Travis Betschart, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 20th day of October 2017, under the following conditions:

**Special Condition #22:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the Internet, including but not limited to cell phones with internet access. Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Travis Sean Betschart is alleged to have accessed the Internet, by using the YouTube application provided through his cable service provider, most recently occurring on or about February 5, 2019.

On October 23, 2017, the conditions of pretrial release supervision were reviewed with Mr. Betschart. He acknowledged an understanding of his conditions, which included special condition number 22.

On February, 5, 2019, the undersigned officer conducted a random home contact with the client at his residence. During the inspection it was observed by the undersigned officer that the client was accessing YouTube through his computer monitor he uses to watch cable television. The client denied he was accessing pornography through the application, and denied knowing he could access such content through the application. The client was directed to intentionally search for illicit content, and several instances of such content were immediately located, including one video instructing users on how to search for and locate pornography using the application.

It should be noted, the client's viewing history was observed as a part of the contact and no concerns that could be construed as potential violations were immediately observed. The client indicated he had accessed the application through his cable television provider and stated at no time in the history of his accessing the application had he viewed content that could be construed as a violation of his conditions. The client's ability to access such content was previously unknown to the undersigned officer.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | February 12, 2019 |
| by | s/Chris Heinen | |
| | Chris Heinen U.S. Pretrial Services Officer | |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 13, 2019
_____
Date